**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HECTOR ROJAS, JR.,

Petitioner,

v.

B. BIRKHOLZ,

Respondent.

Case No. 2:25-cv-09743-CV-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent’s Motion to Dismiss is GRANTED and this action is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 9/9/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE